Joan CAVES, Petitioner–Appellant,

v.

### SECRETARY OF HEALTH AND HUMAN SERVICES, Respondent–Appellee.

No. 2011–5108.

United States Court of Appeals, Federal Circuit.

Feb. 14, 2012.

Sylvia Chin–Caplan, Conway, Homer & Chin–Caplan, P.C., of Boston, MA, argued for petitioner-appellant. On the brief was Ronald C. Homer.

Darryl R. Wishard, Trial Attorney, Torts Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With him on the brief were Tony West, Assistant Attorney General, Mark W. Rogers, Acting Director, Vincent J. Matanoski, Acting Deputy Director, and Catherine E. Reeves, Assistant Director.

LINN, CLEVENGER, and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**